In the Matter of the Application of the BOARD OF STREET OPENING AND IMPROVEMENT of the City of New York as to the Opening of One Hundred and Sixty-third Street from Tenth Avenue to Edgecombe Road.

(Argued January 20, 1892; decided February 2, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 9, 1891, which affirmed an order of Special Term, opening a default herein and requiring the commissioners of estimate and assessment to receive and act upon the claim of Martin B. Brown for compensation for land taken.

*David J. Dean* for appellant.

*James A. Deering* for respondent.

Agree to dismiss appeal; no opinion.
All concur, except MAYNARD, J., taking no part.
Appeal dismissed.